**Millard McKINNEY, Plaintiff–Appellant,**

**v.**

**John PATE, individually and in his official capacity as Commissioner of the Osceola County Board of Commissioners, Jack Shannin, individually and in his official capacity as Development Dept. Director of Osceola County, and the Osceola County Board of Commissioners, Collectively, Defendants–Appellees.**

No. 91–3416.

United States Court of Appeals,
Eleventh Circuit.

June 17, 1993.

Thomas J. Pilacek, Longwood, FL, for plaintiff-appellant.

Lewis E. Shelley, Tallahassee, FL, for defendants-appellees.

ON PETITION FOR REHEARING AND
SUGGESTION FOR REHEARING
EN BANC

Before TJOFLAT, Chief Judge, FAY, KRAVITCH, HATCHETT, ANDERSON, EDMONDSON, COX, BIRCH, DUBINA, BLACK and CARNES, Circuit Judges.

---

773

BY THE COURT:

A member of this court in active service having requested a poll on the suggestion for rehearing en banc and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.